In the Matter of the YONKERS RAILROAD COMPANY, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

(Argued January 21, 1935; decided January 24, 1935.)

*Alfred T. Davison* for motion.

*Charles G. Blakeslee* and *Leonard G. McAneny* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK M. BEST, Appellant.

(Submitted January 21, 1935; decided January 24, 1935.)

Motion for reargument or to amend remittitur denied. (See 266 N. Y. 456.)

JAMES A. CARDINAL, Respondent, *v.* MERCURY INSURANCE COMPANY, Appellant, and JOHN ROSHIRT, INC., et al., Respondents.

(Submitted January 21, 1935; decided January 24, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 448.)